1 Law Offices of Hadley & Fraulob
2 230 Fifth Street
Marysville, CA  95901
3 (530) 743-4458

4 JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Tibbet,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-00266-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, November 9, 2015, to file the Motion for Summary Judgment.

    IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  10/09/15                                / s / Joseph C. Fraulob
                                                Joseph C. Fraulob
                                                Attorney for Plaintiff

Dated:  10/09/15                                / s / Sharon Lahey
                                                Sharon Lahey
                                                Special Assistant U.S. Attorney
                                                Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: October 15, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec

tibbet0266.stip.eot.ord.doc