1 | Law Offices of Hadley & Fraulob
2 | 230 Fifth Street
  | Marysville, CA  95901
3 | (530) 743-4458

4 | JOSEPH C. FRAULOB – State Bar #194355
  | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Tibbet, | No. 2:15-cv-00266-AC (TEMP) |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, December 9, 2015, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  11/09/15                          / s / Joseph C. Fraulob
                                          Joseph C. Fraulob
                                          Attorney for Plaintiff

Dated:  11/09/15                          / s / Sharon Lahey
                                          Sharon Lahey
                                          Special Assistant U.S. Attorney
                                          Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: November 10, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE