BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone: 415-977-8963
    Facsimile: 415-744-0134
    E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT C. TIBBET,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-00266-AC (TEMP)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Acting Commissioner of Social Security Carolyn W. Colvin (Defendant) shall have a 30-day extension of time to respond to Scott C. Tibbet's (Plaintiff) motion for summary judgment (Docket Number 21).  The current deadline is January 8, 2016, and the new deadline will be February 8, 2016.  This is the first extension of time requested by Defendant and the second extension requested in the above-captioned matter.  Defendant requests this additional so that she may continue to consider the possible settlement of the above-captioned action without further briefing.

/ / /

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated:  January 6, 2016         By:    /s/ *Joseph C. Fraulob\**
                                                   JOSEPH C. FRAULOB
                                                   (\*As authorized by e-mail on January 6, 2016)
                                                   Attorneys for Plaintiff

Dated:  January 6, 2016                  BENJAMIN B. WAGNER
                                                   United States Attorney
                                                   DEBORAH LEE STACHEL
                                                   Acting Regional Chief Counsel, Region IX
                                                   Social Security Administration

                                 By:    /s/  *Sharon Lahey*
                                                 SHARON LAHEY
                                                 Special Assistant United States Attorney
                                                 Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: January 8, 2016

                                                 ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE