BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California  94105
        Telephone: 415-977-8963
        Facsimile: 415-744-0134
        E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT C. TIBBET,<br><br>              Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN,<br>    Acting Commissioner of Social Security,<br><br>              Defendant. | ) No. 2:15-cv-00266-AC (TEMP)<br>)<br>) STIPULATION AND ORDER FOR<br>) EXTENSION OF TIME<br>)<br>)<br>)<br>)<br>)<br>) |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that Acting Commissioner of Social Security Carolyn W. Colvin (Defendant)

shall have a 30-day extension of time to respond to Scott C. Tibbet's (Plaintiff) motion for

summary judgment (Docket Number 21).  The current deadline is February 8, 2016, and the

new deadline will be March 8, 2016.  This is the second extension of time requested by

Defendant and the third extension of time requested in the above-captioned matter.  Defendant

requests this additional so that she may continue to consider the possible settlement of the

above-captioned action without further briefing.

/ / /

1   The parties further stipulate that the Court's Scheduling Order shall be modified

2   accordingly.

3                                         Respectfully submitted,

4   Dated:  February 5, 2016         By:      /s/ *Joseph C. Fraulob**

5                                         JOSEPH C. FRAULOB
                                          (*As authorized by e-mail on February 5, 2016)

6                                         Attorneys for Plaintiff

7   Dated:  February 5, 2016         BENJAMIN B. WAGNER
                                      United States Attorney

8                                     DEBORAH LEE STACHEL
                                      Acting Regional Chief Counsel, Region IX

9                                     Social Security Administration

10

11                                    By:     /s/ *Sharon Lahey*
                                      SHARON LAHEY

12                                    Special Assistant United States Attorney
                                      Attorneys for Defendant

13

14

15                                  **ORDER**

16      Pursuant to the parties' stipulation, IT IS SO ORDERED.

17

18  DATED: February 10, 2016

19

20                                  ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

                                    2