BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone: 415-977-8963
    Facsimile: 415-744-0134
    E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT C. TIBBET,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-00266-AC (TEMP)<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant Carolyn W. Colvin, Acting Commissioner of Social Security has agreed to voluntarily remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  The Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence including, but not limited to, any pertinent objective testing, clinical findings, and medical opinions, explain the weight given thereto, and address any inconsistencies in accordance with 20 C.F.R. §§ 404.1520(a)(4)(ii), 404.1521, 404.1523, 404.1527(c)(3)&(4), 416.920(a)(4)(ii), 416.921, 416.923, and

416.927(c)(3)&(4).

                                      Respectfully submitted,

Dated: March 7, 2016       By:   /s/ *Joseph C. Fraulob\**
                                        JOSEPH C. FRAULOB
                                        (*As authorized by e-mail on March 6, 2016)
                                        Attorneys for Plaintiff

Dated: March 7, 2016                BENJAMIN B. WAGNER
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                              By:   /s/ *Sharon Lahey*
                                        SHARON LAHEY
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

DATED: March 9, 2016

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Accordingly, the Clerk of the Court is directed to close this case.