HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(530) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT C. TIBBET,

Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:15-cv-00266-AC (TEMP)

**STIPULATION AND ORDER FOR
AWARD OF EAJA FEES**

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under

the Equal Access To Justice Act (EAJA) 28 U.S.C. 2412(d), in the amount of five thousand, five

hundred and thirty-seven dollars ($5537.00).  This amount represents compensation for legal

services rendered on behalf of Plaintiff by his counsel in connection with this civil action, in

accordance with 28 U.S.C. 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider

the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v.

Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on

whether the fees are subject to any offset allowed under the United States Department of the

///

Treasury's Offset Program.  After the order to EAJA fees is entered, the government will determine if it is subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Plaintiff's counsel Joseph C. Fraulob, pursuant to the written assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and costs in connection with this action.

DATE: March 18, 2016          By: */s/ Joseph Clayton Fraulob*
                              JOSEPH CLAYTON FRAULOB
                              Attorney for Plaintiff


DATE: March 18, 2016          BENJAMIN B. WAGNER
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration


                              By: */s/ Sharon Lahey*

                              (As authorized via email)

                              SHARON LAHEY
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  March 23, 2016.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE